# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

147341

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

              SC: 147341
              COA: 316117
              Cheboygan CC: 12-004483-FC

ALBERT JOSEPH KNAPP, JR.,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the June 11, 2013 order of the Court of Appeals is considered. We DIRECT the Cheboygan County Prosecuting Attorney to answer Issues II and III in the defendant's application for leave to appeal within 28 days after the date of this order.

   The application for leave to appeal remains pending.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

t1021